# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:05-CV-132-W

| | |
|---|---|
| APAC-ATLANTIC, INC., ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | NOTICE |
| ) | |
| CAMBRIDGE-EASTFIELD, LLC, ) | |
| ) | |
| Appellee. ) | |
| ) | |

TAKE NOTICE that this matter has been set for hearing before the undersigned United States District Judge, to be held at **9:00 a.m.** on **22 March 2007** in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Oral arguments will be limited to fifteen (15) minutes per side.

Signed: February 12, 2007

Frank D. Whitney
United States District Judge