# United States District Court
# For The Western District of North Carolina
# Charlotte Division

APAC-Atlantic, Inc.,

    Appellant(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                                         3:05-cv-132

F.T. Williams Company, Inc., et al.,

    Appellee(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 28, 2007 Order.

**Signed: March 29, 2007**

Frank G. Johns, Clerk
United States District Court